SO ORDERED.

Dated: April 16, 2013

*signature*

**Eddward P. Ballinger Jr., Bankruptcy Judge**
_____

**DENNIS J. WORTMAN, P.C.**
202 East Earll Drive, Suite 490
Phoenix, Arizona 85012
(602) 257-0101
FAX: (602) 279-5650

Dennis J. Wortman (002136)
Attorney for Debtor
djwortman@azbar.org

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re ) | **Chapter 11** |
| ) | |
| JESUS GURULE and NATALIE ) | **Case No. 0:12-bk-15629-EPB** |
| GURULE (deceased), ) | |
| ) | **ORDER APPROVING FIRST AMENDED** |
| Debtor. ) | **DISCLOSURE STATEMENT AND FIXING** |
| ) | **TIME FOR FILING ACCEPTANCE OR** |
| ) | **REJECTION OF PLAN, COMBINED** |
| _____ ) | **WITH NOTICE THEREOF** |

**TO: ALL CREDITORS, EQUITY SECURITY HOLDERS, AND OTHER PARTIES IN INTEREST:**

A First Amended Disclosure Statement pursuant to Chapter 11 of the Bankruptcy Code having been filed by JESUS GURULE in the above-captioned and numbered Chapter 11 case ("Debtor") (the "First Amended Disclosure Statement") referring to the Debtor's First Amended Chapter 11 Plan of Reorganization dated February 7, 2013, (the "Plan"), and it having been determined that the First Amended Disclosure Statement contains adequate information;

**IT IS ORDERED AND NOTICE IS HEREBY GIVEN that:**

A. The Debtor's First Amended Disclosure Statement filed by Debtor on February 7, 2013, is approved.

B. The initial hearing to consider the confirmation of the First Amended Plan shall be held at 11:00 a.m. on the 21st day of May, 2013, before the Honorable Judge Eddward P. Ballinger, Jr., United States Bankruptcy Court Judge, at the United States Bankruptcy Court, 230 N. First Avenue, Seventh Floor, Courtroom No. 703, Phoenix, Arizona.

C. A copy of this Order, the Plan, the First Amended Disclosure Statement and a Ballot shall

be transmitted by the Debtor by mail to all creditors, equity security holders and other parties in interest as provided in Bankruptcy Rule 3017(d). The Debtor shall file a certificate or affidavit evidencing such transmission.

    D. The last day for filing the Ballots and any written acceptances or rejections of the Plan is fixed on 5:00 p.m., May 14, 2013. To be counted, Ballots must be sent to Debtor's counsel, Dennis J. Wortman, 202 E. Earll Drive, Ste. 490, Phoenix, Arizona, so that they are received no later than May 14, 2013.

    E. Any objections to the Plan shall be filed with the Clerk of the United States Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003 and a copy sent to Dennis J. Wortman, Esq., 202 E. Earll Dr., Ste. 490, Phoenix, Arizona 85012. The last day for filing and serving, pursuant to Bankruptcy Rule 2002(b)(1), written objections to confirmation of the plan is 5:00 p.m., May 14, 2013.

    F. If no objections to confirmation of the Plan are filed, the initial hearing on confirmation shall be a trial, at which a principal of the Debtor shall be present to testify, if necessary, or to present, through counsel, an offer of proof in support of confirmation of the Plan.

    G. The Debtor shall file a written ballot report, as required by Local Bankruptcy Rule 3018-2, on or before 5:00 p.m., May 16, 2013.

    H. Notwithstanding the notice requirements of Bankruptcy Rule 2002(b), service of this Order shall constitute adequate notice of all matters set forth herein and shall be deemed sufficient for all such purposes of this Order together with the notice required by Paragraph C herein is mailed no later than April 16, 2013.

    DATED AND SIGNED ABOVE.