**DENNIS J. WORTMAN, P.C.**
202 E. Earll Drive, Ste. 490
Phoenix, Arizona 85012
(602) 257-0101
Fax: (602) 279-5650

State Bar No. 002136
Attorney for Debtor
djwortman@azbar.org

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| JESUS GURULE and NATALIE GURULE (Deceased), | Case No. 0:12-bk-15629-EPB |
| Debtor. | **ORDER DISMISSING CHAPTER 11 PROCEEDING** |

The Debtor, having appeared through counsel before the Court on November 27, 2013, pursuant to the Debtor's Motion to Dismiss Chapter 11 Proceeding (Docket No. 164) ("Motion") seeking dismissal of the Chapter 11 case; notice of the Motion and of the hearing thereon having been properly given to creditors and interested parties; no objections having been filed, other appearances, if any, were noted on the record at the hearing and good cause appearing,

**IT IS ORDERED** that the Chapter 11 Proceeding as stated above is hereby dismissed:

DATED AND SIGNED ABOVE.

```
                          United States Bankruptcy Court
                              District of Arizona
In re:                                                            Case No. 12-15629-EPB
JESUS GURULE                                                      Chapter 11
NATALIE GURULE
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0970-0          User: townsendr            Page 1 of 2        Date Rcvd: Dec 02, 2013
                              Form ID: pdf002            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2013.
db/jdb     +JESUS GURULE,    NATALIE GURULE,    PO BOX 189,   LAVEEN, AZ 85339-0189
cr         +Donald C. Hoots Revocable Trust Dated January 4, 1,   c/o Michael W. Carmel, Esq.,
             Michael W. Carmel, LTD,    80 East Columbus Avenue,    Phoenix, AZ 85012-2334
cr         +Maricopa County Treasurer,     222 N. Central Avenue, Suite 1100,    Phoenix, AZ 85004-2206
cr         +PRA Receivables Management, LLC,     PO Box 41067,   Norfolk, VA 23541-1067
cr         +Paul Vander Ploeg,    Stoops, Denious, Wilson & Murray, PLC,    350 E. Virginia Avenue, Suite 100,
             Phoenix, AZ 85004-1216
11548619   +ALFREDO MARTINEZ,    4458 W ARDMORE,    LAVEEN AZ 85339-2115
11597939   +ARIZONA DEPARTMENT OF REVENUE,     OFFICE OF AZ ATTORNEY GENERAL,
             C/O TAX, BANKRUPTCY AND COLLECTION SECT,     1275 WEST WASHINGTON AVE,    PHOENIX AZ 85007-2997
11548620  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: BANK OF AMERICA,     4161 PIEDMONT PRKWY,    GREENSBORO NC 27410)
11548622   +BUSINESS REVENUE SYSTE,    2419 SPY RUN AVE STE A,    FORT WAYNE IN 46805-3262
11548621   +BUSINESS REVENUE SYSTE,    PO BOX 8986,    FORT WAYNE IN 46898-8986
11548623   +CAP ONE,    PO BOX 5253,   CAROL STREAM IL 60197-5253
11740395   +CAPITAL ONE BANK (USA), N.A.,     PO Box 12907,   Norfolk VA 23541-0907
11548626   +CLEARLY WATER LTD,    2310 W MISSION LANE #6,    PHOENIX AZ 85021-2812
11548625   +Cc Coll Svc,    8860 W SUNSET RD STE 100,    LAS VEGAS NV 89148-4899
11548624   +Cc Coll Svc,    8860 W SUNSET SUITE 100,    LAS VEGAS NV 89148-4899
11548627   +DANIEL LEGASPI,    3919 W WINDSOR DR,    PHOENIX AZ 85009-1203
11548628   +DONALD C HOOTS REVOCABLE TRUSTE DATED 1/4/96,     C/O MICHAEL W CARMEL, ESQ,    80 EAST COLUMBUS AVE,
             PHOENIX AZ 85012-2334
12258584    Daniel Legaspi,    c/o Kelly G. Black,    Kelly G. Black, PLC,    1152 E Greenway St, Ste 4,
             Mesa, AZ 85203-4360
11548629   +EMERGENCY PROFESSIONAL SERVICE, PC,     PO BOX 15070,    SCOTTSDALE AZ 85267-5070
11548630   +EOS CCA,    700 LONGWATER DR,    NORWELL MA 02061-1624
11810532   +Estate of Paul Vander Ploeg,     c/o Thomas A. Stoops, Esq.,
             Stoops, Denious, Wilson & Murray, PLC,     350 E. Virginia Avenue, Suite 100,
             Phoenix, Arizona 85004-1216
11548631   +FIRST COLLECTION SVCS,    10925 OTTER CREEK RD E,    MABELVALE AR 72103-1661
11548633   +HSBC CARD SERVICES,    PO BOX 80084,    SALINAS CA 93912-0084
11548634   +IRENE NIX,    13651 W TYLER TRAIL,    PEORIA AZ 85383-7949
11548635    MARICOPA COUNTY TREASURER,     301 W JEFFERSON, ROOM 100,    PHOENIX AZ 85003-2199
11548636   +MICHAEL CARMEL, LTD,    80 E COLUMBUS AVENUE,    PHOENIX AZ 85012-2334
11548637   +MOHAVE COUNTY TREASURER,    PO BOX 712,    KINGMAN AZ 86402-0712
11630103   +Maricopa County Treasurer,     c/o Lori A. Lewis,    222 N. Central Avenue, Suite 1100,
             Phoenix, Arizona 85004-2206
11797271    Mohave County Attorney-Civil Division,     P.O. Box 7000,    Kingman, AZ  86402-7000
11703841   +NANCY 'ANGEL' BROGDON,    18148 W GOLDEN LN,    WADDELL AZ 85355-7509
11548638   +OASIS ANESTHESIA,    FILE 50842,    LOS ANGELES CA 90074-0001
12189294  ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,    PO BOX 41067,
             Norfolk, VA 23541)
11548640   +RSI ENTERPRISES INC,    PO BOX 16190,    PHOENIX AZ 85011-6190
11548641   +SIMONMED IMAGING,    ONE CITY BLVD WEST STE 1100,    ORANGE CA 92868-3647
11548642   +SMI IMAGING LLC,    ONE CITY BLVD WEST STE 1100,    ORANGE CA 92868-3647
11548645   +TOYOTA MOTOR CREDIT CO,    10040 N 25TH AVE STE 200,    PHOENIX AZ 85021-1648
11548644  ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court: TOYOTA MOTOR CREDIT CO,     TOYOTA FINANCIAL SERVICES,    PO BOX 8026,
             CEDAR RAPIDS IA 52408)
11548646   +WESTERN ARIZONA REGIONAL MEDICAL CTR,     PO BOX 3475,    TOLEDO OH 43607-0475

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcynotices@azdor.gov Dec 03 2013 02:58:21     AZ DEPARTMENT OF REVENUE,
             BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
11548617   +E-mail/PDF: recoverybankruptcy@afninet.com Dec 03 2013 03:17:04      Afni,   ATTENTION: BANKRUPTCY,
             1310 MARTIN LUTHER KING DR,    BLOOMINGTON IL 61701-1465
11548618   +E-mail/PDF: recoverybankruptcy@afninet.com Dec 03 2013 03:21:59      Afni,   PO BOX 3097,
             BLOOMINGTON IL 61702-3097
11548632   +E-mail/Text: bknoticing@grantweber.com Dec 03 2013 02:59:38     GRANT & WEBER,
             14795 N 78TH WAY STE 800,    SCOTTSDALE AZ 85260-3010
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Daniel Legaspi
11548639   ##+PAUL VANDERPLOEG,    14408 SKYHAWK DR,    SUN CITY WEST AZ 85375-5923
11548643   ##+SONORA QUEST LAB,    PO BOX 78162,    PHOENIX AZ 85062-8162
                                                                                   TOTALS: 1, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2013                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2013 at the address(es) listed below:
              DENNIS J. WORTMAN    on behalf of Plaintiff NATALIE G GURULE djwortman@azbar.org
              DENNIS J. WORTMAN    on behalf of Joint Debtor NATALIE   GURULE djwortman@azbar.org
              DENNIS J. WORTMAN    on behalf of Plaintiff JESUS   GURULE djwortman@azbar.org
              DENNIS J. WORTMAN    on behalf of Debtor JESUS   GURULE djwortman@azbar.org
              ELIZABETH C. AMOROSI    on behalf of U.S. Trustee    U.S. TRUSTEE Elizabeth.C.Amorosi@usdoj.gov
              KELLY G. BLACK    on behalf of Creditor Daniel   Legaspi kgb@kellygblacklaw.com,
               kgb@ecf.inforuptcy.com;kellygblackplc@gmail.com
              LORI A LEWIS    on behalf of Creditor    Maricopa County Treasurer LewisL01@mcao.maricopa.gov,
               geiserr@mcao.maricopa.gov
              MICHAEL W. CARMEL    on behalf of Defendant    Donald C. Hoots Revocable Trust Dated 1/4/1996
               michael@mcarmellaw.com, sharon@mcarmellaw.com
              MICHAEL W. CARMEL    on behalf of Creditor    Donald C. Hoots Revocable Trust Dated January 4, 1996
               michael@mcarmellaw.com, sharon@mcarmellaw.com
              RENEE SANDLER SHAMBLIN    on behalf of U.S. Trustee    U.S. TRUSTEE renee.s.shamblin@usdoj.gov,
               rsandlershamblin@cox.net;connie.s.hoover@usdoj.gov
              THOMAS A. STOOPS    on behalf of Creditor Paul   Vander Ploeg tstoops@stoopsazlaw.com
                                                                                             TOTAL: 11